**Order entered July 10, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00410-CR

**REYES DAVID GARCIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-70522-S**

## ORDER

Before the Court is appellants July 9, 2018 first motion for extension of time to file his

brief.  We **GRANT** the motion and **ORDER** his brief due on or before August 10, 2018.


/s/     LANA MYERS
        JUSTICE